RANDY CHANG, ESQ (SBN 237618)
THE CHANG FIRM
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
(818) 599-8095
Fax (866) 541-8491
Randyc@thechangfirm.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

Beisa Ramulic Vallejo

DEBTOR

Case Number: 26-10038

Beisa Ramulic Vallejo

I, Beisa Ramulic Vallejo, declare as follows:

1. I, Beisa Ramulic Vallejo, am the debtor in this case.  The following facts are within my own personal knowledge and if called upon to testify as a witness I could and would testify competently thereto.

2. My husband has a lawsuit against Federal National Mortgage Association (FNMA) which is currently pending (see case 24-7612) which was included in my amended Schedules B.  The gist of lawsuit, as I understand it, is an assignment from Ditech Financial to FNMA in June 2016 which broke the chain the title as evidenced by the fact that it is not reflected in the proof of claim or its motion for relief from stay filed by Selene and/or U.S. Bank Trust National Association.

Beisa Ramulic Vallejo - 1

3. On May 16, 2013, GMAC Mortgage LLC assigned the loan to Green Tree Servicing LLC. I have copy of the assignment as Exhibit A and is fully incorporated herein by this reference.

4. On June 20, 2016, Ditech Financial LLC FKA Green Tree Servicing LLC assigned the loan to FNMA and Ditech Financial LLC FKA Green Tree Servicing LLC could not assign the loan to US Bank in January 31, 2017.  I authorized my attorney to file amended schedule B which listed the federal lawsuit against FNMA.  The gist of lawsuit, as I understand it, is an assignment from Ditech Financial to FNMA which broke the chain the title as evidenced by the fact that it is not reflected in the proof of claim filed by U.S. Bank Trust National Association. I have copy of the assignment as Exhibit B and is fully incorporated herein by this reference.

5. In its motion for relief, it attached the January 2017 assignment of deed to support its standing but failed to address the broken chain of titles.  I have attached a copy of the offending assignment which is the root of the broken chain of title as Exhibit C and is fully incorporated hereby by this reference.

6. In addition, Selene Finance has over $200,000 in the escrow account which has not been applied to the loan, even if they are the current servicer for the note holder.  I have attached a copy of the escrow holding as Exhibit D and is fully incorporated hereby by this reference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Date April 12, 2026

_Beisa R V._

Beisa Ramulic Vallejo

Beisa Ramulic Vallejo - 2

EXHIBIT A

Beisa Ramulic Vallejo – 3

**This page is part of your document - DO NOT DISCARD**



**Pages:**
**0002**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**05/21/13 AT 11:05AM**

| | |
|---|---:|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**L E A D S H E E T**



**SEQ:**
**01**

ERDS - Daily

**THIS FORM IS NOT TO BE DUPLICATED**          E13

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING
[AND WHEN RECORDED MAIL TO]
Green Tree Servicing LLC
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

GreenTree
GMAC
FNMA
Effective Date 02/01/2013

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned,**GMAC MORTGAGE, LLC, WHOSE ADDRESS IS 1100 VIRGINIA DR, FORT WASHINGTON, PA, 19034-3200, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, without recourse, representation or warranty, together with all rights, title and interest secured thereby, all liens, and any rights due or to become due thereon to **GREEN TREE SERVICING LLC, WHOSE ADDRESS IS 7360 SOUTH KYRENE RD,** ████ **TEMPE, AZ 85283 (800)643-0202, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).**

Said Deed of Trust made by **EDUARDO E. VALLEJO AND MARIA LUISA VALLEJO AND EDUARDO VALLEJO AND CIELO G. VALLEJO** and recorded on 11/22/2004 as Instrument ████, in Book , Page  in the office of the LOS ANGELES County Recorder, CA.

**IN WITNESS WHEREOF,** this Assignment is executed **this 16th day of May in the year 2013**
**GMAC MORTGAGE, LLC, by GREEN TREE SERVICING LLC, its Attorney-in-Fact**

*Jessica Sheetz*
_____

**JESSICA SHEETZ**
**VICE PRESIDENT**

## ACKNOWLEDGEMENT

STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 16th day of May in the year 2013, by Jessica Sheetz as VICE PRESIDENT for GREEN TREE SERVICING LLC as Attorney-in-Fact for GMAC MORTGAGE, LLC, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Nicole Bah*
_____

**NICOLE BALDWIN - NOTARY PUBLIC**
**COMM EXPIRES: 08/05/2016**



Nicole Baldwin
Notary Public State of Florida
My Commission ████
Expires August 5, 2016

Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

# EXHIBIT B

Beisa Ramulic Vallejo – 4

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

Ditech Financial LLC
7360 S. KYRENE ROAD
MAIL STOP T111
TEMPE, AZ 85283

| APN: 2483-003-030 | TS No: CA05001562-15-1 | TO No: 150286215-CA-VOI |
|---|---|---|

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to **Federal National Mortgage Association** all beneficial interest under that certain Deed of Trust dated as of November 10, 2004, executed by EDUARDO E. VALLEJO AND MARIA LUISA VALLEJO, HUSBAND AND WIFE AS JOINT TENANTS AND EDUARDO VALLEJO AND CIELO G. VALLEJO, HUSBAND AND WIFE, AS JOINT TENANTS as Trustor(s), to EXECUTIVE TRUSTEE SERVICES, INC. as Trustee and recorded on November 22, 2004 as Instrument No. 04-3020633 of official records in the Office of the Recorder of Los Angeles County, California.

All rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property more commonly known as **508 NORTH CALIFORNIA ST, BURBANK, CA 91505-** and more fully described in said Deed of Trust.

Dated: _June 20, 2016_

**Ditech Financial LLC FKA Green Tree Servicing LLC**

By: **Tiffany Chambers**

**Assistant Vice President**

State of _Texas_
County of _Dallas_

Before me, _Pat Klement_ , on this day personally appeared _Tiffany Chambers_ , known to me (or proved to me on the oath of _Personally Known_ or through (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office this _20_ day of _June_ , 2016 .

**PAT KLEMENT**
Notary Public, State of Texas
Comm. Expires 11-21-2017
Notary ID 530797-3

Notary Public's Signature _Pat Klement_

# EXHIBIT C

**This page is part of your document - DO NOT DISCARD**



**Pages:
0002**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**02/10/17 AT 08:40AM**

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**L E A D S H E E T**



**SEQ:
01**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**

Document Number

Batch Number

Recording Prepared and Requested by: M. E. Wileman

PLEASE FORWARD RECORDED DOCUMENT TO:
U.S. BANK TRUST, N.A., AS TRUSTEE FOR
LSF9 MASTER PARTICIPATION TRUST
c/o M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092

### Assignment of Deed of Trust                    Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC SOMETIMES KNOWN AS GREEN TREE SERVICES LLC  1100 Landmark Towers, 345 St. Peter Street, St. Paul, MN 55102 (Assignor) by these presents does assign and set over, without recourse, to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST  13801 Wireless Way, Oklahoma City, OK 73134 (Assignee) the described deed of trust with all interest, all liens, any rights due or to become due thereon, executed by EDUARDO E VALLEJO AND MARIA LUISA VALLEJO, HUSBAND AND WIFE AS JOINT TENANTS, AND EDUARDO VALLEJO AND CIELO G VALLEJO, HUSBAND AND WIFE, AS JOINT TENANTS to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS) AS NOMINEE FOR  GMAC MORTGAGE CORPORATION DBA DITECH COM ITS SUCCESSORS AND ASSIGNS.
Trustee: EXECUTIVE TRUSTEE SERVICES, INC  Said deed of trust Dated: 11/10/2004 is recorded in the State of CA, County of Los Angeles on 11/22/2004, Document ▮▮▮▮▮▮ AMOUNT: $ 315,000.00    Property Address: 508 NORTH CALIFORNIA STREET, BURBANK, CA 91505
IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed as a sealed instrument by its proper officer. Executed on: January 31, 2017
DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC SOMETIMES KNOWN AS GREEN TREE SERVICES LLC  By Caliber Home Loans, Inc. Its Attorney in Fact

By: _____

Connie M. Riggsby, Vice President

State of Texas, County of Tarrant

Before me, Janell Junkin, Notary Public, personally appeared, Connie M. Riggsby, Vice President known to me to be the person(s) whose name(s) is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Given under my hand and seal of office on 01/31/2017.

JANELL JUNKIN
Notary Public, State of Texas
My Commission Expires
August 19, 2019

_____
Notary public, Janell Junkin
My commission expires: August 19, 2019

CA  Los Angeles

# EXHIBIT D

Beisa Ramulic Vallejo – 6

**selene**

P.O. Box 8619
Philadelphia, PA 19101-8619

**Mortgage Account Activity
for Calendar Year 2025**

| | |
|---|---|
| Statement Date: | 12/31/2025 |
| Loan Number: | 2005128953 |
| Page Number: | 1 |

165896518
EDUARDO E VALLEJO
508 N CALIFORNIA ST
BURBANK, CA  91505

## Customer Account Activity

| Eff Date | Due Date | Description | Tran Amt | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|---|
| 02/21/25 | | LOAN SETUP | 0.00 | -307,620.29 | 0.00 | 0.00 | 0.00 |
| 02/21/25 | | CORPORATE ADVANCE ADJUSTMENT | 1,815.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/21/25 | | CORPORATE ADVANCE ADJUSTMENT | 141,143.94 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/21/25 | | ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 5,934.36 |
| 02/21/25 | 11/2023 | | 555.22 | 0.00 | 0.00 | 0.00 | 555.22 |
| 02/27/25 | | | 73.51 | 0.00 | 0.00 | 73.51 | 0.00 |
| 02/27/25 | | REPAY OF ESCROW ADVANCE | 0.00 | 0.00 | 0.00 | -73.51 | 73.51 |
| 03/14/25 | | | 2,320.30 | 0.00 | 0.00 | 0.00 | 2,320.30 |
| 03/14/25 | | | 7,710.61 | 0.00 | 0.00 | 0.00 | 7,710.61 |
| 03/19/25 | | COUNTY PROPERTY TAX | -2,915.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/19/25 | | ESCROW ADVANCE | 2,915.54 | 0.00 | 0.00 | 2,915.54 | 0.00 |
| 04/11/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/11/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 04/12/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/12/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 04/15/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/15/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 05/15/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/15/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 06/03/25 | | CORPORATE ADVANCE ADJUSTMENT | -0.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/03/25 | | CORPORATE ADVANCE ADJUSTMENT | 0.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/17/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/17/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 07/15/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/15/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 08/15/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/15/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 09/16/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/16/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 10/15/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/15/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 10/30/25 | | ATTORNEY FEES REPAYMENT | 1.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/15/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/15/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |
| 11/17/25 | | COUNTY PROPERTY TAX | -2,989.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/17/25 | | ESCROW ADVANCE | 2,989.58 | 0.00 | 0.00 | 2,989.58 | 0.00 |
| 12/08/25 | | | 45,485.93 | 0.00 | 0.00 | 0.00 | 45,485.93 |
| 12/08/25 | | | 5,781.81 | 0.00 | 0.00 | 0.00 | 5,781.81 |
| 12/16/25 | | HOMEOWNERS INSURANCE | -121.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/16/25 | | ESCROW ADVANCE | 121.00 | 0.00 | 0.00 | 121.00 | 0.00 |

*... Continued on Next Page...*