Sean C. Ferry (SBN 310347)
sferry@raslg.com
David Coats (SBN 295684)
dacoats@raslg.com
Sarah Dooley-Lewis (SBN 309580)
sdooleylewis@raslg.com
**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: 470-321-7112

Attorneys for Creditor
Selene Finance LP, as servicer in fact for U.S.
Bank Trust National Association, not in its
individual capacity but solely as owner trustee for
RCAF Acquisition Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In re<br><br>Beisa Ramulic Vallejo,<br><br>Debtor, | Case No. 2:26-bk-10038-WB<br><br>Chapter 13<br><br>**CREDITOR'S REPLY TO DEBTOR'S RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION IN SUPPORT (DKT. 44)** |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; AND PARTIES REQUESTING NOTICE:**

Movant Selene Finance LP, as servicer in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust ("Movant")

**CREDITOR'S RPLY TO DEBTOR'S RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION IN SUPPORT (DKT. # 44)**

submits the following Reply to Debtor's Response to Motion Regarding the Automatic Stay and Declaration in Support (Dkt. 44) (the "Reply"):

1. Movant filed its Notice of Motion and Motion for Relief From the Automatic Stay Under 11 U.S.C. sec. 362 (Real Property) (the "Motion") on April 1, 2026 at Dkt. # 41.

2. Debtor filed her response (the "Response") thereto on April 14, 2026 at Dkt. # 44.

3. In her accompanying Declaration, Debtor makes several allegations.

4. First, Debtor alleges that Movant "has no standing as the DOT was assigned to FNMA in 2016."

5. In both its proof of claim (1-1) and in its Motion, Movant included a complete chain of title.

6. As Exhibit B to her Response, Debtor produces an unrecorded Assignment of Deed of Trust, dated June 20, 2016, purportedly assigning the subject Deed of Trust from Ditech Financial LLC FKA Green Tree Servicing LLC to Federal National Mortgage Association.

7. Debtor writes: "I authorized my attorney to file amended Schedule B which listed the federal lawsuit against FNMA. The gist of the lawsuit, as I understand it, is an assignment from Ditech Financial to FNMA which broke the chain of title as evidenced by the fact that it is not reflected in the proof of claim filed by [Movant]."

8. A review of Debtor's Schedule B (at Dkt. # 37) shows Debtor listed the following as a financial asset: "In re: Vallejo, et al. v. Federal National Mortgage Association (Fannie Mae), Ninth Circuit No. 24-7612." The value of that asset, Debtor wrote, is "unknown – lawsuit to determine how much and who is owed to."

9. Debtor makes it sound as though she filed a lawsuit regarding a potential chain of title issue involving the Subject Property. Debtor provides a case number and no other information. A search of that case number in the Ninth Circuit in Pacer produces the document attached hereto as **Exhibit A**. It contains no information about the alleged lawsuit, but does include an associated case, number 24-5698, Vallejo v. Select Portfolio Servicing, Inc, et al., opened on

CREDITOR'S RPLY TO DEBTOR'S RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION IN SUPPORT (DKT. # 44)

December 18, 2024, and currently listed as "closed." Pacer also notes three "Originating Cases," all of which appear to have been filed out of state.

10. Debtor has therefore alleged that a lawsuit was started to resolve a potential chain of title dispute, but has provided no information about the case, including the filing date, current status thereof, or any documentation to substantiate the purported lawsuit.

11. Debtor further alleges that Movant's Motion should be denied because "Selene has over $200,000.00 in the escrow account which has not been applied to the loan." She purports to include a "copy of the escrow holding as Exhibit D."

12. Debtor's Exhibit D is dated December 31, 2025 and is titled "Customer Account Activity." It is a record of the activity on Debtor's account between February 21, 2025 and December 16, 2025. This document does not prove the funds Debtor alleges Movant to currently be holding in escrow (although it does show that Debtor did not make any ongoing payments during 2025).

DATED: 4/27/2026

Respectfully submitted,

**Robertson, Anschutz, Schneid & Crane, LLP**

/s/ David Coats_____
David Coats
Attorneys for Creditor

**CREDITOR'S RPLY TO DEBTOR'S RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION IN SUPPORT (DKT. # 44)**

# EXHIBIT A

**CREDITOR'S RPLY TO DEBTOR'S RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY
AND DECLARATION IN SUPPORT (DKT. # 44)**

# ACMS Case Query

**24-7612 In re: Vallejo, et al. v. Federal National Mortgage Association**

| Associated Case | Short Title | | Type | Start | End | Status |
|---|---|---|---|---|---|---|
| 24-5698 | Vallejo v. Select Portfolio Servicing, Inc., et al. | | Prior-Rel | 12/18/2024 | | Closed |

| Originating Case | Lead Case | Filed | Execution Date | Judgment | NOA | Originating Judge | Court Reporter |
|---|---|---|---|---|---|---|---|
| 23-1107 | | 06/08/2023 | | 11/22/2024 | 11/22/2024 | Scott H. Gan | |
| 23-1107 | | 06/08/2023 | | 11/22/2024 | 11/22/2024 | Frederick Philip Corbit | |
| 23-1107 | | 06/08/2023 | | 11/22/2024 | 11/22/2024 | Gary A. Spraker | |

| Party | Party Type | Terminated from Case | Attorney |
|---|---|---|---|
| | | | |

| Attorney | Party Type(s) Represented | Representation End |
|---|---|---|
| | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| U.S. Court of Appeals for the 9th Circuit - 04/23/2026 15:51:49 | | | |
| **PACER Login:** | davidcoats | **Client Code:** | |
| **Description:** | Case Query | **Search Criteria:** | 24-7612 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Sean C. Ferry (SBN 310347)
sferry@raslg.com
David Coats (SBN 295684)
dacoats@raslg.com
Sarah Dooley-Lewis (SBN 309580)
sdooleylewis@raslg.com
**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: 470-321-7112

Attorneys for Creditor
Selene Finance LP, as servicer in fact for U.S.
Bank Trust National Association, not in its
individual capacity but solely as owner trustee for
RCAF Acquisition Trust

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In re<br><br>Beisa Ramulic Vallejo,<br><br>     Debtor, | Case No. 2:26-bk-10038<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, David Coats, declare that:

I am employed in Orange County, California. My business address is 1 Park Plaza, Suite 600, Irvine, CA 92614. I am over the age of eighteen years and not a party to this case.

On April 20, 2026, I caused the following documents:

- 5 -
**CREDITOR'S RPLY TO DEBTOR'S RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION IN SUPPORT (DKT. # 44)**

**CREDITOR'S REPLY TO DEBTOR'S RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION IN SUPPORT (DKT. 44)**

to be served by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

BEISA RAMULIC VALLEJO
508 N CALIFORNIA STREET
BURBANK, CA 91505

RANDY CHANG
THE CHANG FIRM
7755 CENTER AVE. SUITE 1100
HUNTINGTON BEACH, CA 92647

NANCY K. CURRY (TR)
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA 90017

UNITED STATES TRUSTEE (LA)
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CA 90017

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/27/2026                                    Robertson, Anschutz, Schneid & Crane, LLP

By: /s/ David Coats
David Coats

**CREDITOR'S RPLY TO DEBTOR'S RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION IN SUPPORT (DKT. # 44)**